# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROBERT McCORMICK AND THOMAS
McCORMICK

NO. 2021 KW 1615

**MARCH 28, 2022**

In Re:     State of Louisiana, applying for supervisory writs,
           18th Judicial District Court, Parish of West Baton
           Rouge, No. 212174.

**BEFORE: McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT GRANTED.** The district court's ruling denying relator's motion for random reallotment is reversed. Louisiana District Court Rules, Rule 14.0(a) requires random allotment of all criminal cases unless an exception is established by law or the rules, in accordance with the method described in Appendix 14.0A of Rule 14.0. Appendix 14.0A, in part, states: "All criminal cases in West Baton Rouge Parish are allotted to Division B. In case of recusal, the West Baton Rouge Parish Clerk of Court will randomly allot the case to Division A, C, or D." We find that the portion of the local order at issue, providing that in case of recusal, a Division B case will be allotted to Division A, is in direct conflict with Uniform Rule 14.0(a) and its Appendix 14.0A. The uniform rules must be followed when there is a conflict between a uniform rule and a local rule. **State v. Cooper,** 2010-2344 (La. 11/16/10), 50 So.3d 115, 125. Accordingly, in this respect, the judges of the Eighteenth Judicial District Court should amend the local rule in order to ensure the plan conforms with the law or comply with the uniform procedure for amending Appendix 14.0A. See La. Dist. Ct. Rule 1.3(b).

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT